## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARC WATERMAN, | : |
| | :    Case No. 1:21-cv-00178-LPS |
|           Plaintiff, | : |
| | : |
|   v. | : |
| | : |
| PRGX GLOBAL, INC., RONALD E. STEWART, KEVIN F. COSTELLO, MATTHEW A. DRAPKIN, WILLIAM F. KIMBLE, MYLLE H. MANGUM, GREGORY J. OWENS, JOSEPH E. WHITTERS, PLUTO ACQUISITIONCO INC., and PLUTO MERGER SUB INC., | : |
| | : |
|           Defendants. | : |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 2, 2021

**OF COUNSEL:**

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
    Seth D. Rigrodsky (#3147)
    Gina M. Serra (#5387)
    Herbert W. Mondros (#3308)
    300 Delaware Avenue, Suite 210
    Wilmington, DE 19801
    Telephone: (302) 295-5310
    Facsimile: (302) 654-7530
    Email: sdr@rl-legal.com
    Email: gms@rl-legal.com
    Email: hwm@rl-legal.com

*Attorneys for Plaintiff*